IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JASON JORDAN )
)
v. ) NO. 3:06-0722
) JUDGE CAMPBELL
TYSON FOODS, INC. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 30) and Objections thereto filed by the Plaintiff (Docket No. 31).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 27) is GRANTED, and Plaintiff's Motion for Judgment on the Record/Judgment on the Facts (Docket No. 11) is DENIED. The parties' requests for attorneys' fees are DENIED. This action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE